# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | Case No. 4:23 mi52 |
| **ERIC ALAN STARLING** | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 6, 2021___ in the Eastern District of Virginia, the defendant(s) violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 18 U.S.C., § 2422(b) | Coercion and Enticement |

This criminal complaint is based on these facts:  Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Devon Heath
Assistant United States Attorney

_____
*Complainant's signature*

___Heather Call, FBI Task Force Officer___
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___6/26/23___

_____
*Judge's signature*

City and state:  Norfolk, Virginia

Douglas E. Miller, United States Magistrate Judge
*Printed name and title*