## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

## INTRODUCTION

I, Heather Call, being first duly sworn state:

1.     Your affiant, Heather Call, employed with the Newport News Police Department (NNPD) since June, 2004, and more specifically with the Special Victims Unit since July, 2011. This assignment has afforded me the opportunity to investigate and/or arrest and prosecute numerous individuals for crimes relating to the neglect and abuse of children in violation of the Virginia (VA) State Code. I have previously been involved in criminal investigations concerning violations of federal laws. Those investigations included, but are not limited to, child exploitation and child pornography. Since joining the NNPD your affiant has attended specialized training courses in child/adolescent interviewing, human trafficking, identifying and seizing electronic evidence, and computer forensic, recovery, and social site investigations.

2.     I am currently assigned as a Master Police Detective with the Newport News Police Department, Criminal Investigations Division, Special Victims Unit, as well as a Task Force Officer (TFO) assigned to the Federal Bureau of Investigation, Norfolk Division Child Exploitation Task Force. I have participated in investigations involving sexual assaults, persons who collect and distribute child pornography, and the distribution of materials relating to the sexual exploitation of children. I have received training from the FBI in the areas of sexual assaults and child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

1

3. I was deputized as a Special Deputy United States Marshal on June 16, 2014. As a Special Deputy United States Marshal, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4. This affidavit supports an application for a criminal complaint charging **ERIC ALAN STARLING**, with Coercion and Enticement, in violation of Title 18, United States Code, § 2422(b).

5. This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **ERIC ALAN STARLING**, has committed a violation of Title 18, United States Code, § 2422(b).

## STATUTORY AUTHORITY AND DEFINITIONS

6. This investigation concerns alleged violations of Title 18, United States Code, § 2422, relating to coercion and enticement of a minor. Title 18, U.S.C. § 2422(b) provides that whoever, using the mail or any facility or means interstate or foreign commerce…. knowingly persuades, induces, entices, or coerces any individual who has not obtained the age of eighteen to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense or attempts to do so shall be fined under this title and imprisoned.

7. The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed

2

data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

## FACTS AND CIRCIMSTANCES

8. On February 12, 2022, the reporting person contacted the NNPD and filed a police report after locating inappropriate messages between the reporting person's 15-year-old daughter, Jane Doe, and an adult male named "Eric" on the Snapchat application on Jane Doe's phone. The reporting person advised the messages dated back to February 2021. The reporting person stated "Eric" sent Jane Doe an image of his face, an image of his penis, and messages asking Jane Doe to do sexual things to herself and tell him about it. The reporting party observed Jane Doe ask "Eric" for his address so she could send him something. "Eric" asked Jane Doe, "You know I'm on the sex offender registry right?" "Eric" then said his address was 3700 Huntington Avenue, Newport News, Virginia 23607. "Eric" told Jane Doe to write the address down and hide it, because he did not want any problems. He also wrote, "Especially since a 14 yo hottie wants to be bred by a 42 yo man". The reporting party provided screen shots of portions of the messages and the user names for "Eric" and Jane Doe on Snapchat. The reporting party explained that over the previous couple of months packages were sent to her address with no return address information. Inside the packages were items such as underwear, lingerie, dildos, and condoms. The reporting party said no one in the residence claimed to have knowledge about the packages.

9. Your affiant was assigned the NNPD report for investigation at the state level and reviewed the screen shots that were provided. On one screen shot, your affiant observed the following conversation:

a. "Eric"- You cum so fast though. It felt really good

b. Jane Doe- Ye>/////<

c. "Eric"- Did you notice how much white cream leaked out or did you squirt it out when you cum?

d. Jane Doe- I dunnoz iz wasnt paying attention (followed by emojis)

e. Jane Doe- I only noticed it when i got up (followed by emojis)

f. "Eric"- You sent a picture of it. It was a lot of white

g. Jane Doe- ye ><

h. "Eric"- You cum fast and a lot this time

i. "Eric"- It was sexy

10. On March 8, 2022, your affiant spoke with Melanie Warriner, a probation officer with Virginia Probation and Parole. Your affiant emailed her a screen shot of the image "Eric" sent to Jane Doe. PO Warriner recognized the male in the image as **ERIC STARLING** and confirmed he is on the sex offender registry.

11. On March 8, 2022, your affiant requested **STARLING**'s criminal history report and observed his listed address as 3700 Huntington Avenue, Newport News, Virginia, 23607. According to the criminal history, **STARLING** was convicted of the following relevant offenses; on August 11, 2006, Use of electronic means for child sex crime or porn – in violation of Virginia code 18.2-374.3, on April 14, 2009, Sexually explicit items: produce material with minor, Aggravated sexual battery: victim under 13 years, and Indecent liberties with child under 14 years – in violation of Virginia code 18.2-374.1, 18.2-67.3, and 18.2-370, respectively.

4

12. Your affiant is familiar with the address 3700 Huntington Avenue, Newport News, Virginia, 23607 and knows it to be the Peninsula Rescue Mission, which is a homeless shelter for men.

13. On March 9, 2022, Jane Doe was forensically interviewed at an out of state child advocacy center. Jane Doe said she met "Eric" online and had been talking to him for a couple months on Snapchat. The last time they chatted was approximately two months prior to the interview. Jane Doe stated they talked about normal stuff and she did not know how long into their conversation that it turned sexual. Jane Doe said she did not remember what they talked about, but they probably talked about sex. She believed "Eric" probably knew her age, because she told him she was in high school. Jane Doe denied sending images of herself and denied "Eric" sent images of himself. Jane Doe said "Eric" did not asked her to do anything she did not want to do.

14. On April 28, 2022, your affiant obtained state search warrants from the Honorable Newport News Circuit Court Judge Gary Mills for the Snapchat accounts believed to be used by Starling and Jane Doe. Your affiant served the warrants, and received an email from Snapchat saying the records would be sent in another link, but never received that link or the records. There appeared to be an issue with your affiant's NNPD email server and Snapchat would not provide the requested records to another email address.

15. On October 13, 2022, your affiant obtained a second state search warrant for **STARLING**'s Snapchat account from the Honorable Newport News Circuit Court Judge Christopher Papile. The warrant was served from your affiant's FBI email address.

16. On October 27, 2022, your affiant received an email from Snapchat advising the requested records were ready. Upon review of **STARLING**'s Snapchat account records, your affiant observed the following:

a. On October 22, 2021, **STARLING** sent Jane Doe the following messages in a conversation: "Uh huh… make you tell me while I fuck you how much you like me fucking you", "And I'll make you cum all on my dick and keep going till I'm tired", "You will take every inch of me I can fit in you", "I want to hear you scream and moan", and "Omg. So do I. And I want to fuck you so fucking bad".

b. On October 22, 2021, **STARLING** sent Jane Doe a video of an adult male masturbating.

c. On November 5, 2021, **STARLING** sent Jane Doe a message saying, "I want to suck your tits".

d. November 6, 2021, while talking about Jane Doe wearing a dog collar, **STARLING** messaged "I want to fuck you wearing it".

e. On November 6, 2021, **STARLING** sent Jane Doe an image of a male holding an erect penis.

f. On November 6, 2021, after talking about penis size, **STARLING** sent Jane Doe a message that said, "I can't wait to have it as deep in you as possible".

17. A check of the Virginia Sex Offender Registry on June 6, 2023, showed **STARLING**'s listed address as 318 72nd Street, Newport News, Virginia, 23607.

## CONCLUSION

Based upon the facts set forth above, I submit that probable case exists to believe **ERIC ALAN STARLING**, has violated Title 18, United States Code, § 2422(b) that whoever knowingly using the mail or any facility or means interstate or foreign commerce.... knowingly persuades, induces, entices, or coerces any individual who has not obtained the age of eighteen to engage in prostitution or any sexual activity for which any person could be charged with a criminal offense or attempts to do so shall be fined under this title and imprisoned.

FURTHER YOUR AFFIANT SAYETH NOT.

Heather Call
Task Force Officer
FBI Child Exploitation Task Force
Federal Bureau of Investigation

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Devon Heath.

Reviewed:

Devon Heath
Assistant United States Attorney

Subscribed and sworn to before me this 26 day of June 2023, in the City of Norfolk, Virginia.

UNITED STATES MAGISTRATE JUDGE
Douglas E. Miller
United States Magistrate Judge

7