

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:23CR 52 |
| | ) | |
| v. | ) | 18 U.S.C. §2422(B) |
| | ) | Coercion and Enticement of a Child |
| ERIC ALAN STARLING | ) | (Count 1) |
| | ) | |
| | ) | 18 U.S.C. §2260A |
| | ) | Penalties for Registered Sex |
| | ) | Offender |
| | ) | (Count 2) |
| | ) | |
| | ) | 18 U.S.C. § 2428 |
| | ) | Forfeiture |
| | ) | |

## INDICTMENT

July 2023 Term - At Newport News, Virginia

## COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about November 6, 2021, in the Eastern District of Virginia, the defendant, ERIC ALAN STARLING, did use use facilities and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years—to wit: Jane Doe #1, to engage in any sexual activity for which any person could be charged with a criminal offense.

(In violation of Title 18, United States Code, Section 2422(b).)

1

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 6, 2021, in the Eastern District of Virginia and boundaries of a territorial jurisdiction of the United States, the defendant, ERIC ALAN STARLING, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2422(b).

(In violation of Title 18, United States Code, Section 2260A.)

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.      Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is hereby notified that, if convicted of the violation alleged in count one of the Indictment, the defendant shall forfeit to the United States the following property:

a.      Any property, real and personal, that was used or intended to be used to commit or to facilitate the commission of the violation;

b.      Any property, real and personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

2.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 2428).

UNITED STATES v. ERIC ALAN STARLING
Criminal No. : 4:23cr 52

Pursuant to the E-Government Act
the original of this page has been filed
under seal in the Clerk's Office

A TRUE BILL:

REDACTED COPY

_____

FOREPERSON


JESSICA D. ABER
UNITED STATES ATTORNEY

_____
Lisa R. McKeel
Assistant United States Attorney

_____
Devon E. A. Heath
Assistant United States Attorney

3