IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION



FILED
IN OPEN COURT

OCT 30 2023

CLERK U.S. DISTRICT COURT
Newport News

UNITED STATES OF AMERICA

v.                                                          Case No. 4:23-CR-52

ERIC ALAN STARLING,

Defendant.

## STATEMENT OF FACTS

The United States and the defendant, ERIC ALAN STARLING (hereinafter, "the defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1.      On or about August 11, 2006, in the case of *Commonwealth of Virginia v. ERIC STARLING*, Case Number: FE-2006-681, in the Circuit Court of Fairfax County, the defendant was found guilty of Using a Computer to Solicit a Minor, in violation of Virginia Coe 18.2-374.3(B). The defendant was sentenced to three (3) years in prison with two (2) years and seven (7) months suspended.

2.      On or about April 14, 2009, in the case of *Commonwealth of Virginia v. ERIC ALAN STARLING*, Indictment Number(s): 00643-09, 00641-09, and 00644-09, in the Circuit Court for the City of Newport News, the defendant was found guilty of Aggravated Sexual Battery (Child), in violation of Virginia Code 18.2-67.3(A); Taking Indecent Liberties with Children, in violation of Virginia Code 18.2-370(A); and Sexually Explicit Material with a Minor, in violation of Virginia Code 18.2-374.1(B). The defendant was sentenced to twenty (20) years in prison with eighteen (18) years and ten (10) months suspended, ten (10) years in prison with nine (9) years suspended, and ten (10) years with nine (9) years suspended.

1



3. On or about February 12, 2022, a reporting person contacted the Newport News Police Department (NNPD) and filed a police report after locating sexually inappropriate messages between the reporting person's fifteen (15) year old female child and the defendant on Snapchat.

4. On or about March 8, 2022, Federal Bureau of Investigation (FBI) Task Force Officer (TFO) Heather Call contacted a probation officer with Virginia Probation and Parole was shown a picture of the defendant and confirmed his identity and that he was registered sex offender on the sex offender registry.

5. On or about October 13, 2022, a state search warrant was obtained and executed for the Snapchat account associated with the defendant. The return confirmed that the defendant was engaging in sexually inappropriately chats where the defendant would say things like, "You will take every inch of me I can put in you", to an underage individual. The defendant also sent pictures of his penis to the underage individual.

6. On or about June 28, 2023, a federal search warrant was executed on the defendant's residence. The defendant was present when federal agents arrived.

7. The defendant was advised of his *Miranda Rights* and he agreed to speak with Agents.

8. The defendant advised that he was in possession of "all kinds" of pornography and provided search terms he used that are known to return files that are of underage children. Additionally, the defendant provided access and passwords for his electronic devices.

9. Nine (9) electronic devices were seized from the residence for further analysis. A forensic examiner analyzed the devices, to include the cell phones' MicroSD card. The examiner found pictures and videos of child pornography, as defined in 18 U.S.C. § 2256(8) and the United States Sentencing Guidelines.

2

10.     The forensic examiner's report identified an image file found in the defendant's electronic files with the title "IMG_20180729_032347_858.JPG". The defendant received this image on or about January 23, 2023. The image depicts a nude prepubescent female, who is blindfolded with a restraint item around her neck and restraints around her wrists and ankles. An object is inserted in her anus with an adult male's hands spreading open her vagina.

11.     The electronic device(s) was manufactured outside the Commonwealth of Virginia. the defendant's cellphone(s) had access to the Internet, which is an interconnected network of computers with which one communicates when online, and that network crosses state and national borders.

12.     The defendant admits that, on or about January 23, 2023, in the Eastern District of Virginia, he knowingly received material containing an image of child pornography as detailed in Count 3 of the Superseding Indictment: an image entitled: "ÍMG_20180729_032347_858.JPG.", which depicts a minor engaged in sexually explicit conduct, specifically, actual and simulated sadistic and masochistic abuse and lascivious exhibition of the anus, genitals and pubic area a of a prepubescent female child.

13.     The defendant admits that the image had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

14.     The defendant further admits that the image constitutes "child pornography" as defined in 18 U.S.C. § 2256(8).

15.     These events occurred in the Eastern District of Virginia and elsewhere.

16.     The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

18.     This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States.   It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: October 30, 2023          By: _____

Devon E.A. Heath
Assistant United States Attorneys

4

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, ERIC ALAN STARLING, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
ERIC ALAN STARLING

I, Suzanne V. Katchmar, am the defendant's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Suzanne V. Katchmar, Esq.
Attorney for ERIC ALAN STARLING

5